UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONTREUX PARTNERS, L.P.,<br><br>                    Plaintiff,<br><br>         - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                    Defendant. | No. 14 Civ. 7171 (TPG) |

**REPLY MEMORANDUM OF LAW IN SUPPORT OF THE MOTION
BY MONTREUX PARTNERS, L.P. FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Montreux Partners, L.P. ("Montreux") is entitled to partial summary judgment as to Argentina's violations of the Pari Passu Clause. Montreux joins in the Reply Memorandum of Law in Support of the Motion by NML Capital, Ltd. for Partial Summary Judgment filed on April 7, 2015, in *NML Capital, Ltd. v. Republic of Argentina*, 14 Civ. 8601 (TPG) (the "Reply Memorandum") (except for the second paragraph of Point II) as it applies to Montreux, a prejudgment creditor in this action.  The Reply Memorandum makes reference to the Declarations of Robert A. Cohen ("Cohen Declaration") and Deborah Green ("Green Declaration").  Copies of the Cohen Declaration and the Green Declaration are annexed to the Declaration of Judd B. Grossman, which is being filed in this action contemporaneously with this memorandum.

**Conclusion**

For the reasons expressed in the Memorandum of Law, the Court should grant Montreux's motion for partial summary judgment as to Argentina's violations of the Pari Passu Clause.  The remedy for Argentina's violations should be determined in subsequent proceedings.

Dated: New York, New York
April 8, 2015

                        GROSSMAN LLP

                        By:     /s/
                              Judd B. Grossman
                         405 Park Avenue, 10th Floor
                         New York, New York  10022
                         (646) 770-7445
                         jgrossman@grossmanllp.com

                           *Counsel for Plaintiff*
                           *Montreux Partners, L.P.*